UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>621 PHILLIPS ROAD, MABTON, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>    Defendant. | CV-13-3082-LRS<br><br>Final Order of Forfeiture of Substitute Res |

    Plaintiff, United States of America, filed a Verified Complaint for Forfeiture In Rem on August 13, 2013, alleging that the defendant property was subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1.

    The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

    The defendant real property is located at 621 Phillips Road, in Mabton, Washington, and is legally described in the Verified Complaint for Forfeiture In Rem, filed herein.

    In the Settlement Agreement, filed herein on August 14, 2013, Joaquin Larios-Mendoza agreed to the forfeiture of $20,000.00 substitute res in lieu of forfeiture of the Defendant real property. Joaquin Larios-Mendoza also agreed in said settlement agreement to the entry of an order of forfeiture forfeiting the substitute res to the United States of America, without further notice or hearing. ECF 2. Joaquin Larios-Mendoza has provided the $20,000.00 substitute res to the United States in compliance with the settlement agreement.

Final Order of Forfeiture of Substitute Res -1-
FoF 2..wpd

1 It appearing to the Court that the United States and Joaquin Larios-Mendoza
2 agreed in the settlement agreement filed herein to the forfeiture of $20,000.00
3 substitute <u>res</u> in lieu of forfeiture of the Defendant real property;
4 It also appearing to the Court that the agreed upon substitute <u>res</u> has been
5 provided to the United States.
6 IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Plaintiff's Motion For Entry of the Final Order of Forfeiture, ECF No. 3, is GRANTED, and the 20,000.00 substitute <u>res</u> is hereby forfeited to the United States;
8 IT IS FURTHER ORDERED that the United States Marshals Service shall
9 dispose of the $20,000.00 in accordance with law.  The District Court Executive is directed to CLOSE the file.
10 DATED this __23rd__ day of September, 2013.

*s/Lonny R. Suko*

Lonny R. Suko
United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney

Final Order of Forfeiture of Substitute Res -2-
FoF 2..wpd